```
DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA  95150-0013

Telephone:  (408) 354-4413
Facsimile:   (408) 354-5513
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br><br>TIMOTHY SCOTT ELLIS<br><br>JENNIFER REBECCA ELLIS<br><br><br>             Debtors | Chapter 13<br>Case No. 17-51901 HLB<br><br>**NOTICE OF UNCLAIMED DIVIDEND**<br>Claimant:<br>JOHN & DAWN GROENDYKE<br>Court Claim No. 4 |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, unclaimed funds in the amount of $13,132.69.  The name and last known address of the claimant entitled to the unclaimed dividend is as follows:

> John & Dawn Groendyke
> 525 S Arlington Rd
> Orange, CA  92869

/s/ Devin Derham-Burk
_____

Dated:  January 04, 2023              DEVIN DERHAM-BURK, Trustee