Form NUCF

# UNITED STATES BANKRUPTCY COURT
*for the*
# California Northern Bankruptcy Court

| **In re Debtor(s):** <br><br> Timothy Scott Ellis and Jennifer Rebecca Ellis <br> dba  South Monterey County Hydroponics <br> aka  Jennifer Robertson <br> aka  Jennifer Phipps | Case No.: 17–51901 HLB 13 <br> Chapter: 13 |
|---|---|

**Notice of Deficient Application for Unclaimed Dividends**

CLAIMANT: Creditor David B. Schmiedeberg as assignee to Dawn Groendyke          CLAIM: 13,132.69

Your application for unclaimed funds cannot be processed for the following reason(s).

Affidavit of Service
- ☐ The Affidavit was not submitted.
- ☐ The Affidavit was not signed.
- ☐ The original Affidavit was not submitted.

☐ The search fee was not submitted.
☐ A current photo id was not included with the application.
☐ An original business card was not included with the application.
☐ You did not submit a document that verifies that you resided at or conducted business from the address on the Trustee's Notice of Unclaimed Dividends.
☐ You did not submit a document that verifies your current address.
☐ An authorization to collect funds was not included with the application.
☐ The Power of Attorney has expired.
☐ W–9 Form not submitted. Please submit a completed and signed W–9 form.

☑ Other: Complete and file a transfer of claim form (Official Form B 2100A) and pay the transfer of claim fee. Provide the most recent mailing address for the person or entity asserted to be transferring the claim to you.

See the Court Fees section of the Instructions for Filing an Application for Payment of Unclaimed Funds located on the Court website.
https://www.canb.uscourts.gov/case–info/unclaimed–dividends/instructions–submitting–application–unclaimed–dividends.

The claimant must submit the information/documents listed above, or submit a written request to extend the deadline, by 3/18/2024 . If the court does not timely receive the new information/documents, the court will deem the application withdrawn and will take no further action on the application. The claimant may submit a new application if they want to begin a new review process. Send information/documents or requests for extension of time to:

Clerk, U.S. Bankruptcy Court
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102
Attention: Unclaimed Funds

Dated: 2/15/24                                                  For the Court:


                                                                Edward J. Emmons

Clerk of Court
United States Bankruptcy Court

By: Fritzie Quach
(415)268−2319
UCF@canb.uscourts.gov