# Notice Recipients

District/Off: 0971−5  User: admin  Date Created: 2/15/2024
Case: 17−51901  Form ID: NUCF  Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
cr  David B. Schmiedeberg as assignee to Dawn Groendyke  7595 Dancy Rd  San Diego, CA 92126

TOTAL: 1