United States Bankruptcy Court

Northern District of California

In re:  Case No. 17-51901-HLB
Timothy Scott Ellis  Chapter 13
Jennifer Rebecca Ellis
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0971-5      User: admin      Page 1 of 2
Date Rcvd: Feb 15, 2024      Form ID: NUCF      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2024:**

**Recip ID**      **Recipient Name and Address**
cr      + David B. Schmiedeberg as assignee to Dawn Groendyk, 7595 Dancy Rd, San Diego, CA 92126-5614

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2024 at the address(es) listed below:

**Name**      **Email Address**

David (dw) Boone
     on behalf of Debtor Timothy Scott Ellis ecfdavidboone@aol.com

David A. Boone
     on behalf of Debtor Timothy Scott Ellis ecfdavidboone@aol.com BooneDR48759@notify.bestcase.com

Devin Derham-Burk
     ctdocs@ch13sj.com

Diane L. Mancinelli
     on behalf of Requestor John & Dawn Groendyke diane@mentislaw.com

Jamie D. Hanawalt
     on behalf of Requestor JPMORGAN CHASE BANK N.A. Jamie.Mottola@dinsmore.com, ebarry@mulvaneybarry.com

Jennifer C. Wong

on behalf of Requestor Springleaf Financial Services Inc., its assignees and/or successors, by and through its servicing agent Select Portfolio Servicing, Inc. bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

Nichole Glowin

on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity, but solely as trustee of GCAT 2019-RPL1 Trust bankruptcy@zbslaw.com

Office of the U.S. Trustee / SJ

USTPRegion17.SJ.ECF@usdoj.gov

TOTAL: 8

Form NUCF

# UNITED STATES BANKRUPTCY COURT
*for the*
## California Northern Bankruptcy Court

| **In re Debtor(s):** | Case No.: 17−51901 HLB 13 |
|---|---|
| Timothy Scott Ellis and Jennifer Rebecca Ellis<br>dba  South Monterey County Hydroponics<br>aka  Jennifer Robertson<br>aka  Jennifer Phipps | Chapter: 13 |

**Notice of Deficient Application for Unclaimed Dividends**

CLAIMANT: Creditor David B. Schmiedeberg as assignee to Dawn Groendyke       CLAIM: 13,132.69

Your application for unclaimed funds cannot be processed for the following reason(s).

Affidavit of Service
  ☐ The Affidavit was not submitted.
  ☐ The Affidavit was not signed.
  ☐ The original Affidavit was not submitted.

☐ The search fee was not submitted.
☐ A current photo id was not included with the application.
☐ An original business card was not included with the application.
☐ You did not submit a document that verifies that you resided at or conducted business from the address on the Trustee's Notice of Unclaimed Dividends.
☐ You did not submit a document that verifies your current address.
☐ An authorization to collect funds was not included with the application.
☐ The Power of Attorney has expired.
☐ W−9 Form not submitted. Please submit a completed and signed W−9 form.

☑ Other: Complete and file a transfer of claim form (Official Form B 2100A) and pay the transfer of claim fee. Provide the most recent mailing address for the person or entity asserted to be transferring the claim to you.

See the Court Fees section of the Instructions for Filing an Application for Payment of Unclaimed Funds located on the Court website.
https://www.canb.uscourts.gov/case−info/unclaimed−dividends/instructions−submitting−application−unclaimed−dividends.

The claimant must submit the information/documents listed above, or submit a written request to extend the deadline, by 3/18/2024 . If the court does not timely receive the new information/documents, the court will deem the application withdrawn and will take no further action on the application. The claimant may submit a new application if they want to begin a new review process. Send information/documents or requests for extension of time to:

Clerk, U.S. Bankruptcy Court
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102
Attention: Unclaimed Funds


Dated: 2/15/24                                For the Court:


                                              Edward J. Emmons

Clerk of Court
United States Bankruptcy Court

By: Fritzie Quach
   (415)268−2319
   UCF@canb.uscourts.gov