B 2100A (Form 2100A) (12/15)

FILED
FEB 23 2024
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

In re Timothy Scott Ellis and Jennifer Rebecca Ellis

Case No. 17-51901 HLB

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

DAVID B. SCHMIEDEBERG
Name of Transferee

DAWN GROENDYKE
Name of Transferor

Name and Address where notices to transferee should be sent: David Schmiedeberg
7595 DANCY RD
SAN DIEGO, CA 92126
Phone: 858.603.3598
Last Four Digits of Acct #: 1488

Court Claim # (if known): 4-1
Amount of Claim: $13,132.69
Date Claim Filed: 9/15/2017
Phone: 602.380.8149
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: DSchmiedeberg
   Transferee/Transferee's Agent

Date: 02/19/2024

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Case: 17-51901    Doc# 87    Filed: 02/23/24    Entered: 03/06/24 15:40:28    Page 1 of 2

# Alpha Funds Recovery

7595 Dancy Rd
San Diego, CA 92126
Tel: 858.603.3598

02/19/2024

Clerk, U.S. Bankruptcy Court
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102
ATTN: Unclaimed Funds

RE: Transfer of Claim for case no. 17-51901

Hello Clerk of the Court,

Included in this letter is the filled-out and signed Transfer of Claim form, along with a check for the transfer fee of $28.00

The current address for the person transferring the claim to me is the following:

Dawn Groendyke
525 S. Arlington Road
Orange, CA 92869

Sincerely,

*[signature]*

David Schmiedeberg
Funds Locator