# Notice Recipients

District/Off: 0971−5   User: admin   Date Created: 3/6/2024
Case: 17−51901   Form ID: trc   Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
14610607   John and Dawn Groendyke   525 S. Arlington Road   Orange, CA 92869

TOTAL: 1