United States Bankruptcy Court
Northern District of California

In re:                                                                                         Case No. 17-51901-HLB
Timothy Scott Ellis                                                                            Chapter 13
Jennifer Rebecca Ellis
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0971-5                      User: admin                      Page 1 of 2
Date Rcvd: Mar 06, 2024              Form ID: trc                      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**
+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 14610607 | + | John and Dawn Groendyke, 525 S. Arlington Road, Orange, CA 92869-5127 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2024                        Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David (dw) Boone | on behalf of Debtor Timothy Scott Ellis ecfdavidboone@aol.com |
| David A. Boone | on behalf of Debtor Timothy Scott Ellis ecfdavidboone@aol.com BooneDR48759@notify.bestcase.com |
| Devin Derham-Burk | ctdocs@ch13sj.com |
| Diane L. Mancinelli | on behalf of Requestor John & Dawn Groendyke diane@mentislaw.com |
| Jamie D. Hanawalt | on behalf of Requestor JPMORGAN CHASE BANK  N.A. Jamie.Mottola@dinsmore.com, ebarry@mulvaneybarry.com |
| Jennifer C. Wong | |

on behalf of Requestor Springleaf Financial Services Inc., its assignees and/or successors, by and through its servicing agent Select Portfolio Servicing, Inc. bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

Nichole Glowin

on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity, but solely as trustee of GCAT 2019-RPL1 Trust bankruptcy@zbslaw.com

Office of the U.S. Trustee / SJ

USTPRegion17.SJ.ECF@usdoj.gov

TOTAL: 8

2100 B (12/15)

# United States Bankruptcy Court

California Northern Bankruptcy Court
Case No. 17-51901
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Timothy Scott Ellis<br>70950 New Pleyto Road<br>Bradley CA 93426 | Jennifer Rebecca Ellis<br>70950 New Pleyto Road<br>Bradley CA 93426 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/23/2024.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 4: John and Dawn Groendyke, 525 S. Arlington Road, Orange, CA 92869 | David B. Schmiedeberg<br>7595 Dancy Rd<br>San Diego, CA 92126 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 03/08/24

Edward J. Emmons
**CLERK OF THE COURT**