David B. Schmiedeberg
7595 Dancy Rd
San Diego, CA 92126
858.603.3598
Fax
lytnin88@gmail.com

Entered on Docket
April 22, 2024
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: April 22, 2024

_____
HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re:

TIMOTHY SCOTT ELLIS
JENNIFER REBECCA ELLIS

Debtor(s)

Bankruptcy Case No.: 17-51901 HLB

Chapter No.: 13

**ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS**

An application and supporting documentation was filed in the above-captioned case for Claimant David B. Schmiedeberg as assignee to Dawn Groendyke, requesting payment of unclaimed funds deposited with the Court pursuant to 11 U.S.C. §347(a). The application and supporting documentation establish Claimant's entitlement to the unclaimed funds. Accordingly, pursuant to 28 U.S.C. §2042,

    IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $13,132.69___held in unclaimed funds to the order of David B. Schmiedeberg, and mail such payment to the following address:

7595 Dancy Rd, San Diego, CA 92126

    The Clerk will disburse these funds not earlier than 14 days after entry of this *Order*.